# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.     EDCV 19-0336 JLS (SS)                    Date: June 28, 2019
                                                      Page 1 of 1

Title:       Anthony Albert Garcia v. Scott Frauenheim

---

DOCKET ENTRY:    **ORDER TO SHOW CAUSE RE: RESPONDENT'S FAILURE TO FILE ANSWER**

---

PRESENT:

## HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| _Marlene Ramirez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

**PROCEEDINGS: (IN CHAMBERS)**

     Petitioner filed his Petition for Writ of Habeas Corpus ("Petition") on February 21, 2019. On March 6, 2019, the Court issued an Order Requiring Response To Petition ("Order Requiring Response"). (Dkt. No. 4). In accordance with the Order Requiring Response, the Answer was due on or before **April 22, 2019**. As of this date, Respondent has failed to file the Answer and no request for extension of time has been received. Accordingly, Respondent is ORDERED TO SHOW CAUSE, by filing a declaration on or before **July 29, 2019**, why sanctions should not be awarded against Respondent for failure to file the Answer in a timely manner. See Local Rules 7-13 and 83-7. In lieu of the declaration, Respondent may discharge this Order by filing the Answer.

     IT IS SO ORDERED.